IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ANCA ADAMS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICA'S TEST KITCHEN, LP,<br>AMERICA'S TEST KITCHEN, INC., AND<br>JACKIE FORD,<br><br>　　　　　　Defendants. | Case No. 1:22-CV-11309-AK |

**NOTICE OF SETTLEMENT ON APPEAL AND UNOPPOSED MOTION FOR
INDICATIVE RULING TO EFFECT TERMS OF CLASS ACTION SETTLEMENT**

　　Plaintiff Anca Adams hereby provides notice of the settlement of the above-referenced litigation (the "Settlement"), subject to this Court's willingness to take certain action necessary to effectuate the Settlement. Accordingly, pursuant to Rule 62.1 of the Federal Rules of Civil Procedure ("FRCP"), Plaintiff requests an indicative ruling that the Court will, upon remand from the First Circuit Court of Appeals, proceed with such requested action.

　　While the filing of a notice of appeal divests a district court of jurisdiction over all matters pertaining to the appeal, FRCP 62.1 allows a district court to issue an "indicative ruling" on motions it lacks authority to grant "to inform the parties and [the appellate court] how it would rule on the merits of certain motions after an appeal has been filed . . . ." *LFoundry Rousset, SAS v. Atmel Corp.*, 690 F. App'x 748, 750 (2d Cir. 2017). When presented with a Rule 62.1 motion, a district court "may (1) defer considering the motion; (2) deny the motion; or (3) state that it would

1

grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1(a).

Here, following commencement of the appeal in this action (*see* Doc No. 48), and pursuant to the First Circuit's Civil Appeals Management Program ("CAMP"), the parties participated in two mediation sessions facilitated by the First Circuit's Settlement Counsel, the Honorable Patrick J. King. As a result of mediation and weeks of ongoing settlement negotiations, the parties were able to reach a proposed Settlement, the terms of which are codified in the parties' Class Action Settlement Agreement (the "Settlement Agreement") and which require certain action by this Court.

Specifically, in accord with Rule 23 of the Federal Rules of Civil Procedure, the Settlement Agreement requires (1) preliminary approval of the Settlement by this Court, (2) notice of the proposed Settlement to members of the Settlement Class, and (3) a fairness hearing to determine whether the Settlement should be finally approved (the "Fairness Hearing"). As more fully detailed in Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Exhibit A hereto), the supporting memorandum (Exhibit B hereto), and the supporting declaration of Hank Bates (Exhibit C hereto), the Settlement [1] is fair, reasonable, and adequate, and meets all requirements for preliminary approval.

Plaintiff therefore respectfully requests that this Court enter an order indicating that this Court will accept the limited remand from the First Circuit Court of Appeals and, after such remand and formal presentation of the Plaintiff's motion, grant preliminary approval of the Settlement, direct that notice be disseminated to members of the Class, and schedule and conduct a Fairness Hearing.

---

[1] The Settlement Agreement is included as Exhibit 1 to the Bates Declaration.

Dated: December 7, 2023

Respectfully submitted,

/s/ Hank Bates
Hank Bates (*pro hac vice*)
Lee Lowther (*pro hac vice*)
Courtney E. Ross (*pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
519 W. 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
Email: hbates@cbplaw.com
Email: llowther@cbplaw.com
Email: cross@cbplaw.com

Elizabeth Ryan (BBO No. 549632)
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Tel: (617) 439-6730
Fax: (617) 951-3954
Email: eryan@baileyglasser.com

*Attorneys for Plaintiff Anca Adams and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of December 2023, a true and correct copy of the foregoing was served in accordance with the Federal Rules of Civil Procedure via CM/ECF on all counsel of record.

*/s/ Hank Bates*
Hank Bates

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| ANCA ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICA'S TEST KITCHEN, LP, AMERICA'S TEST KITCHEN, INC., AND JACKIE FORD,<br><br>    Defendants. | Case No. 1:22-CV-11309-AK |

## [PROPOSED] ORDER GRANTING MOTION FOR INDICATIVE RULING TO EFFECT TERMS OF CLASS ACTION SETTLEMENT

  This matter came before the Court upon motion of the Plaintiff pursuant to Rule 62.1 of the Federal Rules of Civil Procedure, asking this Court to indicate its willingness to accept the limited remand from the First Circuit Court of Appeals and to grant Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.

  Having considered Plaintiff's Motion for Indicative Ruling, the proposed Class Action Settlement Agreement, Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, the Court is of the opinion and so finds, that if the case is remanded to this Court by the First Circuit Court of Appeals, it will grant the relief requested.

  **IT IS THEREFORE ORDERED BY THE COURT** that if this case is remanded to this Court by the First Circuit Court of Appeals for the purpose of effecting the Settlement, this Court will grant Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and proceed in directing notice be given to members of the Settlement Class and scheduling a Fairness Hearing in accord with Rule 23 of the Federal Rules of Civil Procedure.

SO ORDERED THIS _____ DAY OF _____, 2023.

_____
Honorable Angel Kelley
United States District Court Judge