UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ANCA ADAMS, *individually and on behalf of all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>AMERICA'S TEST KITCHEN, LP, AMERICA'S TEST KITCHEN, INC., JACKIE FORD<br><br>*Defendants*. | C.A. No. 1:22-CV-11309 (AK) |

**PLAINTIFF'S AND CLASS COUNSEL'S NOTICE OF MOTIONS FOR
(I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT, AND
(II) AWARD OF ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARD.**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23 ("Rule 23"), the Class Action Settlement Agreement (the "Settlement") (Doc No. 56-1), and this Court's Preliminary Approval Order (Doc No. 62), Plaintiff Anca Adams ("Plaintiff") and Class Counsel will and hereby do request that the Court (i) grant final approval of the Settlement of the above-referenced action (the "Action"), and (ii) award attorneys' fees, litigation costs and a service award. More specifically, Plaintiff respectfully requests this Court enter an order: (i) granting final approval of the Settlement as fair, reasonable, and adequate; (ii) certifying the Settlement Class; (iii) finding that the notice program as set forth in Section 4 of the Settlement Agreement and effectuated pursuant to the Preliminary Approval Order is reasonable and provided due, adequate, and sufficient notice of the Settlement to Settlement Class Members, and (iv) entering final judgment. In addition, and briefed separately, Plaintiff and Class Counsel respectfully request this Court enter an order granting Class Counsel attorneys' fees in the amount of $300,000 and

1

litigation costs in the amount of $7,092.08. These motions are based on the accompanying memoranda of points and authorities; the Settlement and exhibits thereto (Doc No. 56-1); the Declaration of Hank Bates filed herewith; the Declaration of Andrea R. Dudinsky of Kroll Settlement Administration LLC filed herewith; the argument of counsel; all papers and records on file in this matter; and such other matters as the Court may consider.

Dated: May 1, 2024

Respectfully submitted,

/s/ Hank Bates
Hank Bates (*pro hac vice*)
Lee Lowther (*pro hac vice*)
Courtney Ross Brown (*pro hac vice*)
CARNEY BATES & PULLIAM, PLLC
One Allied Drive, Suite 1400
Little Rock, AR 72202
Telephone: (501) 312-8500
Facsimile: (501) 312-8505
Email: hbates@cbplaw.com
Email: llowther@cbplaw.com
Email: cbrown@cbplaw.com

Elizabeth Ryan (BBO No. 549632)
BAILEY & GLASSER LLP
176 Federal Street, 5th Floor
Boston, MA 02110
Telephone: (617) 439-6730
Facsimile: (617) 951-3954
Email: eryan@baileyglasser.com

*Attorneys for Plaintiff Anca Adams and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Hank Bates, hereby certify that this document was filed on May 1, 2024, via the ECF system, and was sent electronically on that date to the Parties' counsel of record.

By: */s/ Hank Bates*
    Hank Bates